# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0091
LT Case No. 2017-CF-001004

_____

MATTHEW NESBITT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Matthew Nesbitt, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell E.
Sanders, Assistant Attorney General, Daytona Beach, for
Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____